# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| LAMARR EAST,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LAFAYETTE, INDIANA, et al.,<br><br>    Defendants. | CAUSE NO.: 4:18-CV-10-TLS |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge [ECF No. 53], filed on May 13, 2019. The Report chronicles Plaintiff Lamar East's failure to appear at various court proceedings, including two show cause hearings. The Magistrate Jude recommended, after issuing the second show cause order and receiving no response from Plaintiff, that the Court dismiss this case without prejudice. Both show cause orders issued by the Magistrate Judge [ECF Nos. 46 and 49] warned that dismissal of this case was a possible consequence of Plaintiff's failure to appear at the show cause hearing.

This Court's review of the Magistrate Judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C) which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

Objections to the Magistrate's Judge's Report and Recommendations must be made within fourteen days of service of a copy of the Report. *Id.*; Fed. R. Civ. P. 72(b). No party filed an objection to the Magistrate Judge's Report and Recommendation within the allotted fourteen-day

period.

Upon review of the Report and Recommendation, the Court ACCEPTS the Report and Recommendation [ECF No.53] in its entirety and ORDERS that this case is DISMISSED without prejudice.

SO ORDERED on September 9, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT